UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROCK SPRING LAW GROUP, PLLC**, Plaintiff, <br><br> v. <br><br> **NEXUS SERVICES, INC.**, Defendants. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> No.: 23-cv-1070 <br> Judge: Hon. Beryl A. Howell |

Notice is hereby given that, subject approval by the court, NEXUS SERVICES, INC., Defendant, substitutes Terri Lea, DC BAR NO: 422762, as counsel of record in place of Marsden Bigby.

Contact information for new counsel is as follows:

        **TERRI LEA**
        5405 Tuckerman Lane
        # B435
        North Bethesda, MD. 20852
        terriyvnn@gmail.com
        (202) 534-7902

I consent to the above substitution.         /s/ Michael Donovan
                                             **NEXUS SERVICES, INC**

                                        **BY**:  **MICHAEL DONOVAN**
                                             Chief Executive Officer

I consent to being substituted.               /s/ Marsden Bigby
Date:  6/8/23                                **MARSDEN BIGBY, ESQUIRE**


I consent to the above substitution.          /s/ Terri Lea
Date:  6/8/23                                **TERRI LEA, ESQUIRE**



The substitution of attorney is hereby approved and so ORDERED.


Date:                              _____
                                   **JUDGE**