UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCK SPRING LAW GROUP, PLLC,<br><br>       Plaintiff,<br><br>    v.<br><br>NEXUS SERVICES, INC.,<br>       Defendant. | SECOND MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>No.: 23-cv-1070<br>Judge: Hon. Beryl A. Howell |

  **COMES NOW,** pursuant to local rule LCvR 83.6 of the United States District Court for the District of Columbia, the undersigned attorney Terri Lea ("Counsel") requesting leave to withdraw as counsel for Defendant Nexus Services, Inc. ("Defendant"). Said request is made because Defendant has become unavailable to Counsel. Despite numerous attempts by Counsel to contact Defendant for information and requisite documentation, by way of telephone calls, text messages and electronic mail transmissions, Defendant has been unable to directly communicate with Defendant since May 25, 2023.[1] Defendant has not answered or returned any of Counsel's telephone calls; nor has Defendant replied substantively to Counsel's text messages or electronic mail transmissions.[2]

---

[1]  On two (2) occasions since May 25, 2023, Defendant responded to Counsel. On June 6, 2023, Michael Donovan, Defendant's Chief Executive Officer, responded to Counsel's telephone call via a text message. Mr. Donovan's text message, on June 6, 2023 at 8:20 pm, asked if he could call Counsel back "either after 9:30 [pm] or in the morning?" Counsel replied "sure" to Mr. Donovan's text however Mr. Donovan did not call Counsel after 9:30 pm on June 6, 2023 nor the following morning of June 7, 2023.
 On June 18, 2023, Counsel sent Defendant an electronic mail message requesting information and informing Defendant that she would have to withdraw as counsel if Defendant continued to be unavailable and uncooperative. In response on June 19, 2023, Defendant's CEO, Michael Donovan, replied, "I'm sorry, I thought we sent the [documentation]. I will forward it to you this afternoon, when I get back to my office." Counsel did not receive any documentation from Defendant on June 19, 2023.

[2] Apparently, Defendant's uncooperative behavior and unavailability is not restricted to the subject matter and/or Counsel's requests. In yet another matter, as a result of Defendant's noncompliance and unavailability, "[Defendant] and its owners were held in civil contempt by a federal court Judge after defy[ing] the show cause order …[and exhibiting] a pattern of noncompliance with other court orders, and fail[ing] to attend a … telephone conference…." *See* Brad Zinn, Nexus Services Inc. owners found in contempt as sanctions loom in federal court case, STAUNTON NEWS LEADER, MAY 12, 2023, 11:26 AM, ET.

On June 20, 2023, Counsel received a copy of her Retainer Agreement signed by Defendant. The signed Retainer Agreement was sent electronically by Timothy Shipe, Vice President of Support Services for the Defendant. In response, Counsel attempted to contact Mr. Shipe on the telephone number provided in the electronic mail transmission. She was however unsuccessful in that the telephone number provided by Defendant was out of service.

Counsel has been unable to directly communicate with the Defendant since May. Defendant's lack of cooperation, chronic unresponsiveness and unavailability has severely interfered with Counsel's ability to adequately defend Defendant against the claims set forth in the subject Complaint.

Correspondingly and in accordance with Local Civil Rule 83.6, Counsel certifies that written notice of her intent to request leave to withdraw as counsel was provided to Defendant in a letter mailed to Defendant's current address on July 12, 2023 via United States Priority Mail ("Exhibit 1"). Counsel's notification letter also informs Defendant of its need to secure substitute counsel; and its right to object to Counsel's request to withdraw within seven (7) days of its receipt of the letter.

**WHEREFORE,** Counsel hereby requests that this Honorable Court grant her leave to withdraw as counsel for the Defendant in the above captioned matter.

Respectfully Submitted,

/s/ Terri Lea
**TERRI LEA [DC Bar No: 422762]**
**5405 TUCKERMAN LANE , #B435**
**NORTH BETHESDA, MD. 20852**
**(202) 534-7902**
**terriyvnn@gmail.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I have filed his document with the Clerk of the Court using the CM/ECF system, which will cause to be sent notification of such filing to all counsel of record.  A copy of this document was also sent to via electronic mail to:

1. **Michael Donovan**, Chief Executive Officer for Defendant Nexus Services, Inc.

   mikedonovanva@gmail.com; and

2. **Zachary Lawrence, Esquire,** Attorney for Defendant Nexus Service, Inc.

   zach@zlawpllc.com

/s/Terri Lea
**Terri Lea**
