**TERRI LEA, ESQUIRE**
5405 TUCKERMAN LN.
SUITE B435
NORTH BETHESDA, MD 20852
TERRIYVNN@GMAIL.COM
(202)534-7902

July 12, 2023

**TO**: Nexus Services, Inc.
C/o Michael Donovan
Chief Executive Officer
113 Mill Place Pkwy
Unit 103
Verona, VA. 24482-2663

    **Re:**   *Rock Spring Group v. Nexus Services, Inc* [No.: 23-cv-1070]

Dear Mr. Donovan,

This letter serves as formal notice of my intent to request for leave to withdraw as counsel for Nexus Services, Inc., the Defendant in the above-referenced matter. The Second Motion to Withdraw as Counsel for the Defendant will be filed in the United States District Court for the District of Columbia on or about July 12, 2023 (Attached hereto).

As a corporation, Nexus Services, Inc. cannot not proceed *pro se* and must be represented by counsel in this matter.  Thus, Nexus Services, Inc. should immediately secure substitute legal counsel to represent its interests in this proceedings.

 Should Nexus Services, Inc. object to my Motion to Withdraw as Counsel, it may file its objection in the United States District Court for the District of Columbia within seven (7) days of its receipt of this correspondence.

Best regards in your endeavors,

Sincerely,
/s/Terri Lea.
**Terri Lea**